JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SOSA GUERRERO, ASHLEY SOSA, and A.S., a minor, by and through her general guardian, ASHLEY SOSA,<br><br>Plaintiffs,<br><br>v.<br><br>CAMP PENDELTION & QUANTICO HOUSING, LLC, a Delaware limited liability company; and LPC PENDELTON QUANTICO PM, LP, a Delaware limited partnership; LIBERTY MILITARY HOUSING HOLDINGS, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.  5:22-cv-00931-WLH-KK<br><br>**JUDGMENT** |

The claims having been tried by a jury, the Court issues judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Judgment be, and hereby is, **ENTERED** in favor of Plaintiffs Luis Sosa Guerrero, Ashley Sosa, and minor A.S. (collectively, "Plaintiffs"), and against Defendants Camp Pendelton & Quantico Housing, LLC and LPC Pendelton Quantico PM, LP (together, "Defendants") on Plaintiffs' Fair Housing Act and Fair Employment and Housing Act

claims in the total amount of $90,800.00.

**IT IS FURTHER ORDERED** that Plaintiffs shall recover attorney's fees in the amount of $351,780.00 and costs in the amount of $22,029.09 plus any allowable costs taxed pursuant to a timely application. Interest shall accrue on this Judgment at the rate permitted by law from the date of entry of this Judgment until paid together with attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: February 2, 2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE