

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

|  |  |
|---|---|
| LUIS SOSA GUERRERO, ASHLEY SOSA, and A.S., a minor, by and through her general guardian, ASHLEY SOSA,<br><br>          Plaintiffs,<br><br>     v.<br><br>CAMP PENDELTON & QUANTICO HOUSING, LLC, a Delaware limited liability company; and LPC PENDELTON QUANTICO PM, LP, a Delaware limited partnership; LIBERTY MILITARY HOUSING HOLDINGS, LLC, a Delaware limited liability company,<br><br>          Defendants. | No. 5:22-cv-00931-WLS (KKx)<br><br>**AMENDED JUDGMENT** |

The claims having been tried by a jury, and the Court having heard and partially granted Plaintiffs' motion for reconsideration [Doc. #122], the Court issues the following amended judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Judgment be, and hereby is, **ENTERED** in favor of Plaintiffs Luis Sosa Guerrero, Ashley Sosa, and

minor A.S. (collectively, "Plaintiffs"), and against Defendants Camp Pendelton &

Quantico Housing, LLC and LPC Pendelton Quantico PM, LP (together,

"Defendants") on Plaintiffs' Fair Housing Act and Fair Employment and Housing Act

claims in the total amount of $90,800.00.

**IT IS FURTHER ORDERED** that Plaintiffs shall recover attorney's fees in

the amount of $430,485.00 ($750 per hour times the 521.8 hours reasonably expended,

plus a lodestar upward adjustment of .10), non-taxable costs in the amount of

$22,029.09, allowable costs taxed by the clerk in the amount of $16,876.84 [Doc.

#115]. Interest shall accrue on this Amended Judgment at the rate permitted by law

from February 2, 2024 (the date of entry of the original Judgment), as to the first

$464,609.09 ($90,800 + $373,809.09), from February 29, 2024, as to the next

$16,876.84 (costs taxed by clerk), and from the date of entry of the Amended

Judgement as to the next $78,705 (the additional, amended amount of attorney's fees)

until paid together with attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: <u>September 30, 2024</u>    _____

HON. WESLEY L. HSU

UNITED STATES DISTRICT JUDGE